Hon. Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MATTHEW G. KRANE, <br><br> Defendant. | No. CR10-351-RSM <br><br> **ORDER TO DISMISS INDICTMENT** |

THIS MATTER having come before the Court on the motion of the United States to dismiss the Indictment against Matthew G. Krane, and the Court having considered the motion, together with the balance of the records and files herein,

IT IS HEREBY ORDERED that the Indictment is dismissed with prejudice.

DATED this 10th day of June 2011.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Order Re: Motion to Dismiss/ – 1
Matthew G. Krane, CR10-351RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970